# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE HAWTHORNE obo K.H., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>ACTING COMMISSIONER OF )<br>SOCIAL SECURITY )<br>)<br>Defendant. ) | CASE NO. 1:13-CV-1497<br><br>JUDGE DONALD C. NUGENT<br><br><br><br><br>MEMORANDUM OPINION |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Greg White.  The Report and Recommendation (ECF # 15), issued on April 24, 2014, is ADOPTED by this Court.

This Court has reviewed Magistrate Judge Greg White's Report and Recommendation *de novo*, giving full consideration to Plaintiff's objection.  *See* Fed. R. Civ. P. 72(b).  Following a thorough evaluation of the record, this Court adopts Magistrate Judge Greg White's findings of fact and conclusions of law as its own.  The issue before the Court was Plaintiff's request, on behalf of her grandson, K.H., for judicial review of the Defendant's decision to deny K.H.'s claim for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act ("Act"), 42 U.S.C. § 1381 *et seq*.  The Magistrate found that the ALJ's determination was based on the correct legal standards and the findings were supported by substantial evidence in the record.

Plaintiff's objections raise no arguments, factual or legal, that have not been fully

addressed by the Magistrate Judge's Report and Recommendation.  The Report and Recommendation accurately addresses all of Plaintiff's claims and Plaintiff's objections are without merit.  Accordingly, the Magistrate Judge's Report and Recommendation (ECF #15) is hereby ADOPTED in its entirety.  Defendant's decision denying Plaintiff's claim for SSI is hereby AFFIRMED.

      IT IS SO ORDERED.


DATE:   June 27, 2014


                                                 /s/Donald C. Nugent
                                                JUDGE DONALD C. NUGENT
                                                UNITED STATES DISTRICT JUDGE